■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE GANNAWAY, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lipp, J.), rendered November 3, 1988, convicting him of burglary in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contentions concerning the admission of hearsay testimony *(see, People v Love,* 92 AD2d 551), alleged bolstering testimony and the prosecutor's summation are either unpreserved for appellate review *(see,* CPL 470.05) or constitute harmless error in view of the overwhelming proof

of his guilt. There is no significant probability that the jury would have acquitted the defendant had the errors not occurred (see, People v Crimmins, 36 NY2d 230). Similarly, the defendant did not object to the court's unrequested delivery of a charge regarding his failure to testify pursuant to CPL 300.10 (2), and any error with respect thereto was harmless (see, People v Lawton, 144 AD2d 584). Kunzeman, J. P., Kooper, Eiber and O'Brien, JJ., concur.